

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**SHIRA SISKIND**
*Assistant Corporation Counsel*
Tel.: (212) 356-2414
Fax: (212) 356-3509
ssiskind@law.nyc.gov

May 4, 2017

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

           Re:  <u>Galvin Dudley v. City of New York, et al.</u>
                  15-CV-4820 (JG) (RML)

Your Honor:

        I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter.  Defendants write to respectfully request that the Court briefly adjourn the telephone conference scheduled for May 5, 2017 at 10:15 a.m. to 12:00 p.m. on the same date.  Plaintiff's counsel, Baree Fett, Esq., consents to this request.

        Defendants respectfully request this change in time because I only just realized yesterday that I have an in-person conference in another matter scheduled for 10:00 a.m. in the Southern District of New York.  Therefore, defendants respectfully request that the 10:15 a.m. telephone conference be rescheduled to 12:00 p.m. tomorrow.

2

Defendants thank the Court for its time and consideration of this request.

Respectfully submitted,

/s

Shira Siskind
Assistant Corporation Counsel
Special Federal Litigation Division

cc: By ECF
Baree Fett, Esq.
*Attorney for Plaintiff*