

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**SHIRA SISKIND**
*Assistant Corporation Counsel*
Tel.: (212) 356-2414
Fax: (212) 356-3509
*ssiskind@law.nyc.gov*

May 18, 2017

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Galvin Dudley v. City of New York, et al.</u>
      15-CV-4820 (JG) (RML)

Your Honor:

  I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. Defendants write, on behalf of all parties, to respectfully request that the Court adjourn the telephone conference scheduled for today at 4:45 p.m. to 4:30 p.m. on May 24, 2017.[1] The parties apologize for this late adjournment request.

  The parties seek this brief adjournment because we do not yet have additional information to share with the Court, and therefore do not wish to waste the Court's time. Therefore, the parties respectfully request that the 4:45 p.m. telephone conference be adjourned to May 24, 2017 at 4:30 p.m.

---

[1] The parties spoke with Your Honor's chambers this afternoon and confirmed that the Court is available at 4:30 p.m. on the 24th.

Defendants, on behalf of all parties, thank the Court for its time and consideration of this request.

Respectfully submitted,

/s

Shira Siskind
Assistant Corporation Counsel
Special Federal Litigation Division

cc: <u>By ECF</u>
Baree Fett, Esq.
*Attorney for Plaintiff*