

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT

ZACHARY W. CARTER
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

SHIRA SISKIND
*Assistant Corporation Counsel*
Tel.: (212) 356-2414
Fax: (212) 356-3509
ssiskind@law.nyc.gov

July 20, 2017

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  Galvin Dudley v. City of New York, et al.
         15-CV-4820 (JG) (RML)

Your Honor:

        I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter.  Defendants write to respectfully request an adjournment of the telephone conference scheduled for July 21, 2017 at 4:00 p.m. until August 4, 2017 at a time convenient to the Court after 12:30 p.m.  Should the Court grant this request, defendants also respectfully request that the July 28, 2017 settlement conference be adjourned until a date in early September.  Plaintiff's counsel, Baree Fett, Esq., consents to these requests.

        Because of preparation for a trial before the Honorable Pamela K. Chen, scheduled to begin on August 7, 2017, as well as other professional obligations, I have not yet been able to complete my review of the medical records received from New York Psychotherapy and Counseling Center and thus have been unable to further discuss the possibility of settlement with plaintiff.  As this review will not be completed by tomorrow's conference, defendants respectfully request that the telephone conference scheduled for tomorrow be adjourned until August 4, 2017 at a time convenient to the Court after 12:30 p.m.  If the Court grants this request, defendants also request that the settlement conference scheduled for July 28, 2017 at 2:30 p.m. be adjourned to a date and time convenient to the Court in early September.  Defendants are requesting an early September date because counsel for plaintiff will be out of

the office from August 10, 2017 to August 17, 2017, and the undersigned will be out of the office from August 15, 2017 through August 25, 2017.

Defendants thank the Court for its time and consideration of these requests.

Respectfully submitted,

/s

Shira Siskind
Assistant Corporation Counsel
Special Federal Litigation Division

cc: By ECF
Baree Fett, Esq.
*Attorney for Plaintiff*