

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

SHIRA SISKIND
*Assistant Corporation Counsel*
Tel.: (212) 356-2414
Fax: (212) 356-3509
*ssiskind@law.nyc.gov*

September 29, 2017

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Galvin Dudley v. City of New York, et al.
15-CV-4820 (JG) (RML)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. Defendants write to respectfully request a 45-day adjournment of the settlement conference currently scheduled for October 3, 2017 at 2:00 p.m. until a date during the week of November 13, 2017.[1] Plaintiff's counsel, Baree Fett, Esq., consents to this request.

As discussed during the last telephone conference with the Court, defendants have been attempting to obtain additional summonses that plaintiff has received both before and after the incidents alleged in the complaint. Receipt of these summonses is necessary for defendants to fully re-evaluate this case for purposes of settlement. Without the summonses, defendants do not believe that a settlement conference would prove useful to the parties or to the Court.

Therefore, defendants respectfully request that the settlement conference scheduled for October 3, 2017 be adjourned to a date and time convenient to the Court during the week of November 13, 2017.

---

[1] The undersigned is unavailable on November 13, 2017 and November 15, 2017, and is only available after 11:30 a.m. on November 14, 2017.

2

Defendants thank the Court for its time and consideration of this request.

                                                Respectfully submitted,

/s

Shira Siskind
Assistant Corporation Counsel
Special Federal Litigation Division

cc:     <u>By ECF</u>
        Baree Fett, Esq.
        *Attorney for Plaintiff*