UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

GALVIN DUDLEY,

                                    Plaintiff,

-against-

City of New York, et al.,

                                  Defendants.

-----------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15 cv 4820 (JBW) (RML)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
December 5, 2017

HARVIS & FETT
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, New York 10007
(212) 323-6880

By: _____
Baree N. Fett

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendants City of New York, Lai, Tramontana, Nuez, Genovese, Wang, Jiggetts, Moreau, and Houlahan*
100 Church Street
New York, New York 10007

By: _____
Shira Siskind
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. JACK B WEINSTEIN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2017