

ZACHARY W. CARTER
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

SHIRA SISKIND
*Assistant Corporation Counsel*
Phone: (212) 356-2414
Fax: (212) 356-3509
ssiskind@law.nyc.gov

December 5, 2017

**BY E.C.F.**
Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Galvin Dudley v. City of New York, et al.
15 CV 4820 (JBW) (RML)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. I respectfully write, on behalf of all parties, to advise the Court that the above-referenced action settled. The undersigned filed the Stipulation and Order of Dismissal on the Docket earlier today.

In light of the settlement, defendants request that all future conferences and deadlines be adjourned *sine die*.

We thank the Court for its assistance throughout this litigation.

Respectfully submitted,

/s/

Shira Siskind
Assistant Corporation Counsel
Special Federal Litigation Division

cc:    <u>By E.C.F.</u>
       Baree Fett, Esq.
       *Attorney for Plaintiff*